COURT OF
APPEALS

                                                   EIGHTH DISTRICT OF
TEXAS

                                                              EL
PASO, TEXAS

 


 
 
  
  
 ROSA SERRANO
 D/B/A THE LENS FACTORY
  
                                    
 Appellant,
  
 v.
  
 PELLICANO BUSINESS PARK LLC,
  
                                     Appellee.
 
  
 
 
  
 '
    
 '
    
 '
    
 '
    
 '
  
 '
 
 
  
  
                   No. 08-12-00186-CV
  
                          Appeal from
  
 327th District
 Court
  
 of El Paso County,
 Texas
  
 (TC #
 2012-DCV-02335)
 
 


 

                                                     MEMORANDUM
OPINION

 

This appeal is before the Court on its own motion for determination of
whether it should be dismissed because another appeal from the same judgment is
pending.  The Court is also considering
Rosa Serrano’s motion to continue with the appeal.

An appeal is presently pending in cause number 08-12-00101-CV styled Rosa Serrano v. Pellicano Business Park, LLC.  In that case, Serrano, pro se, is appealing from a final judgment dismissing her suit in
cause number 2012-DCV-02335.  The trial
court denied Serrano’s motion for new trial on May 2, 2012 and Serrano filed a
new notice of appeal which this Court filed and assigned cause number
08-12-00186-CV.  After obtaining a copy
of the trial court’s May 2, 2012 order and reviewing the record in cause number
08-12-00101-CV, the Court instructed the Clerk to send Serrano a letter
notifying her that the appeal would be dismissed because the trial court’s May
2, 2012 order is not separately appealable. 
Any issues Serrano wishes to raise related to the trial court’s ruling
on the motion for new trial can be raised in cause number 08-12-00101-CV.  We therefore deny as moot Serrano’s motion to
continue with the appeal and dismiss the appeal.  

 

 

July 31, 2012                                       ________________________________________________

ANN CRAWFORD
McCLURE, Chief Justice

 

Before McClure, C.J., Rivera, and Antcliff, JJ.